# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| LE'VAR HARLEY, | : No. 133 EM 2014 |
| Petitioner | : |
| v. | : |
| GLYNNISS D. HILL, J., | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 23rd day of October, 2014, the Application for Leave to File Original Process is **GRANTED** and the Petition for Writ of Mandamus and/or Extraordinary Relief and the Application for an Immediate Hearing are **DENIED**. The Prothonotary is instructed to **STRIKE** the name of the jurist from the caption.